[No. 19460-1-II.    Division Two.    March 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
N. HANSEN, *Appellant*.

Appeal from a judgment of the Superior Court for
Mason County, No. 93-1-00215-7, James B. Sawyer II, J.,
entered May 4, 1995. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Houghton, C.J., and
Morgan, J.

[No. 19481-3-II.    Division Two.    March 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD
KENNETH RICO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-00830-7, Sergio Armijo, J., entered April
13, 1995. *Affirmed* by unpublished opinion per Houghton,
C.J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 19577-1-II.    Division Two.    March 14, 1997.]

*In the Matter of the Marriage of* MARK B. WATHNE,
*Respondent, and* CAROL S. WATHNE, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 94-3-00677-1, Christine A. Pomeroy, J.,
entered May 24, 1995. *Affirmed* by unpublished opinion
per Houghton, C.J., concurred in by Seinfeld and Bridge-
water, JJ.

[No. 19717-1-II.    Division Two.    March 14, 1997.]

BYRON DEAN TOLSON, ET AL., *Appellants*, v. THE CITY
OF TACOMA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-2-03929-1, Terry D. Sebring, J., entered
July 13, 1995. *Affirmed* by unpublished opinion per Arm-
strong, J., concurred in by Morgan and Hunt, JJ.